UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1 DEANDRE JONES,<br><br>Defendant.<br>_____/ | Case:2:21-cr-20011<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 01-06-2021 At 05:54 PM<br>INDI USA V. JONES (DA)<br><br>Violations:<br>18 U.S.C. §§ 922(g)(1), 924(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

D-1 DEANDRE JONES

On or about May 8, 2020, in the Eastern District of Michigan, the defendant DEANDRE JONES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Smith & Wesson, Model M&P, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant DEANDRE JONES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense.

THIS IS A TRUE BILL.

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW ROTH
Chief, Major Crimes Unit

s/*Jonathan Goulding*
Jonathan Goulding
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9742
Jonathon.goulding@usdoj.gov

Date:  January 6, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:21-cr-20011<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 01-06-2021 At 05:54 PM<br>INDI USA V. JONES (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in al

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☒No | AUSA's Initials: _46_ |

**Case Title:** USA v. Deandre Jones

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 20-mj-30201]

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

**Reason:**

**Defendant Name**         **Charges**         **Prior Complaint (if applicable)**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

January 6, 2021
Date

_Jonathan Goulding_ (signature)
Jonathan Goulding
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
jonathan.goulding@usdoj.gov
(313) 226-9742
Bar #: MA664444

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.